1   ROGER K. LITMAN, 57634
    Attorney at Law
2   2300 Tulare Street, Suite 230
    Fresno, California 93721
3   Telephone: (559) 237-6000

4   Attorney for Defendant, DARA SEUN

5
            IN THE UNITED STATES DISTRICT COURT FOR THE
6
                    EASTERN DISTRICT OF CALIFORNIA
7

8
    UNITED STATES OF AMERICA,          )   CASE NO.  1:12-CR-00100 SKO
9                                       )
            Plaintiff,                   )
10                                      )   **STIPULATION AND**
        v.                              )   **ORDER TO**
11                                      )   **CONTINUE STATUS CONFERENCE**
    DARA SEUN,                          )
12                                      )
            Defendant.                   )
13  _____)

14          The parties hereto, by and through their respective attorneys, stipulate and

15  agree that the status conference currently scheduled for June 18, 2012, be

16  continued to July 23, 2012 at 1:00 p.m.

17          This continuance is necessitated for defense to evaluate offer of settlement,

18  for negotiations and for defense investigation.

19
    DATED:  June 12, 2012          /s/ Kimberly Sanchez    __        __
20                                 KIMBERLY SANCHEZ
                                   Assistant United States Attorney
21                                 **This was agreed to by Ms. Sanchez**
                                   **via email on June 12, 2012**
22
    DATED:  June 12, 2012          /s/ Roger K. Litman    _____
23                                 ROGER K. LITMAN
                                   Attorney for Defendant
24                                 DARA SEUN

25                                      **ORDER**

26  IT IS SO ORDERED.

27  **Dated:    June 13, 2012**         _____
                                            **/s/ Sheila K. Oberto**
28                                 UNITED STATES MAGISTRATE JUDGE

                                    1