ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, DARA SEUN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00100 SKO |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER RESETTING BRIEFING SCHEDULE** |
| DARA SEUN, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the present briefing schedule, whereby Mr. Seun's motions are due on August 6, 2012, and the opposition motions by the Government are due by August 27, 2012 and a hearing on said motions calendared for September 4, 2012, is extended as follows:    Defense motions due September 7, 2012, any opposition by the government to be filed by September 28, 2012 and a hearing on said motions calendared for October 15, 2012.

This stipulation is necessitated by the press of business, including trial preparation, which defense counsel was obligated to complete as well as a prepaid vacation of defense counsel from August 2, 2012 to August 14, 2012.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1

DATED: August 1, 2012         /s/ Kimberly Sanchez
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney
                              **This was agreed to by Ms. Sanchez via email on August 1, 2012**

DATED: August 1, 2012         /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              DARA SEUN

ORDER

The parties' request for a continuance of the status conference is DENIED. The parties are cautioned that a request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence, including a description of what actions have been undertaken, and what further actions are needed, to move the case forward. Counsel's calendar conflict alone does not constitute good cause.

IT IS SO ORDERED.

**Dated:   August 3, 2012**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE