ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, DARA SEUN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00100 SKO |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER RESETTING BRIEFING** |
| | ) | **SCHEDULE** |
| DARA SEUN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the present briefing schedule, whereby Mr. Seun's motions were due on August 6, 2012, and the opposition motions by the Government are due by August 27, 2012 and a hearing on said motions calendared for September 4, 2012, is extended as follows: Defense motions due September 7, 2012, any opposition by the government to be filed by September 28, 2012 and a hearing on said motions calendared for October 15, 2012.

This stipulation is necessitated by the fact that defense counsel, before leaving on a long planned prepaid vacation, since the last appearance in this action, was obligated to expend his time on multiple cases with earlier deadlines. For example, in addition to preparation of motions in limine, defense counsel expended an extensive amount of time preparing for a state homicide trial (*People v. Reese*, Fresno County Superior Court Case No. F10902652) originally scheduled to commence on July 9, 2012. The case was trailed to July 17, 2012 because of

the prosecution's delayed revelation of exculpatory evidence, and then was again postponed until August 20, 2012, which entailed additional witness and case preparation.

Additionally, it was necessary for defense counsel to conduct additional legal research, view evidence and confer on multiple occasions with a defense expert in *U.S. v. Lorona*, U.S. District Court Case No. 1:11-CR-00258 DLB. In *U.S. v. Victoriano Bazante-Pacheco,* U.S. District Court Case No. 1:11-CR-00376 LJO, defense counsel met with his client on several occasions and expended multiple hours regarding handwriting exemplars.

Defense counsel also filed a Motion to Dismiss Pursuant to the Provisions of Penal Code § 1203.4, in *People v. Vasquez,* Fresno Superior Court Case No. F96601054-0, a Motion to Vacate Judgment Pursuant to Penal Code § 1016.5 in *People v. Daljit Singh-Sodhi,* Fresno County Superior Court Case No. 413779-0, and a Petition For Certificate for Rehabilitation and Pardon Pursuant to California Penal Code § 4852.01 in *People v. Kennedy,* Fresno County Superior Court Case No. F040964-9.

In the instant action, Mr. Seun requested defense counsel to file a motion to suppress evidence based upon the initial investigatory stop made of him while he was riding his bicycle in the City of Fresno. Due to the numerous earlier deadlines, defense counsel was unable to accomplish this task before departing for vacation.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  August 8, 2012                 /s/ Kimberly Sanchez _____ _____
                                       KIMBERLY SANCHEZ
                                       Assistant United States Attorney
                                       **This was agreed to by Ms. Sanchez
                                       via email on August 1, 2012**

1   DATED:  August 8, 2012          /s/ Roger K. Litman
2                                    ROGER K. LITMAN
                                     Attorney for Defendant
3                                    DARA SEUN

4

5                                        ORDER

6           The parties' request for a continuance of the filing, response and hearing dates for motions is

7   GRANTED.  Any motion to suppress shall be filed within the time frame set forth above and shall

8   be heard before District Judge Lawrence J. O'Neill on October 15, 2012.  Time will be excluded

9   through the hearing date on the motions for the reasons set forth in the parties' stipulation.

10

11  IT IS SO ORDERED.

12  **Dated:    August 23, 2012**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3